United States District Court
Southern District of Ohio

_____

## Related Case Memorandum
## Civil Cases

| | |
|---|---|
| TO: | Judge Matthew W. McFarland, Judge Jeffery P. Hopkins, and Judge Susan J. Dlott |
| FROM: | Benjamin J. Codispoti_____ , Deputy Clerk |
| DATE: | 09/05/2024 |
| SUBJECT: | Case Caption:  Valentine et al v. Carespring Health Care Holdings, L.P. |
| CASE: | Case Number:  Doc. 1:24-cv-481 1 |
| | Judges:  Judge Dlott |
| | File Date:  09/04/2024 |

This memorandum is to notify you that following cases are possibly related:

**Related Case**

| | | | |
|---|---|---|---|
| Case Caption: | **Creutz v. Carespring Health Care Management, LLC** | | |
| Case Number: | **Doc. 1:24-cv-447 1** | District Judge: | **Hopkins** |
| File Date: | **08/23/2024** | Magistrate Judge: | **Litkovitz** |

**Related Case**

| | | | |
|---|---|---|---|
| Case Caption: | **Rice v. Carespring Health Care Management, LLC** | | |
| Case Number: | **Doc. 1:24-cv-450 1** | District Judge: | **McFarland** |
| File Date: | **08/26/2024** | Magistrate Judge: | **Bowman** |

**Related Case**

| | | | |
|---|---|---|---|
| Case Caption: | **Cogswell v. Carespring Healthcare Management, LLC** | | |
| Case Number: | **Doc. 1:24-cv-454 1** | District Judge: | **Hopkins** |
| File Date: | **08/26/2024** | Magistrate Judge: | **Litkovitz** |

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred. We respond to Case Administrator **Benjamin J. Codispoti** as follows:

**Judges' Response:**

☐    We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☑    We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge ___**Hopkins**___.

☐    We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐    We are unable to agree and will accept any decision made by the Chief Judge.

☐    I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐    I am the Judge on both/all of the listed cases and have determined that the cases, **are** related and they shall both/all remain on my docket.

☐    Other Direction of Judge:

_____
United States District Judge

Memo Re: Related Civil Cases
Page 3

United States District Judge

Cc:  Courtroom Deputies